UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID LASHAY BROWN,<br><br>    Petitioner,<br><br>    v.<br><br>J. TIM OCHOA, Warden,<br><br>    Respondent. | No. EDCV 10-945-JAK (RCF)<br><br>JUDGMENT |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: April 25, 2012

                                      JOHN A. KRONSTADT<br>
                                      UNITED STATES DISTRICT JUDGE